01

02

03

04

05

06                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                    AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 14-223
09            Plaintiff,                    )   D/C 2013 CF3 013831
                                           )
10        v.                                )
                                           )   DETENTION ORDER
11  DAMIAN WOODS,                           )
                                           )
12            Defendant.                    )
    _____  )

13

14  Offense charged:      Failure to Appear for Sentencing

15  Date of Detention Hearing:    June 5, 2014.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      Defendant is charged in the District of Columbia for Theft Second Degree.   The

DETENTION ORDER
PAGE -1

01  government alleges he failed to appear for sentencing.   He was arrested in this District and has

02  waived his right to an identity hearing.   An order of transfer has been signed.

03      2.      Defendant was not interviewed by Pretrial Services so much of background

04  information is unknown or unverified.

05      3.      Defendant poses a risk of nonappearance due to the nature of the instant charge.

06  He poses a risk of danger due to past criminal record.

07      4.      There does not appear to be any condition or combination of conditions that will

08  reasonably assure the defendant's appearance at future Court hearings while addressing the

09  danger to other persons or the community.

10  It is therefore ORDERED:

11      1. Defendant shall be detained pending trial and committed to the custody of the Attorney

12          General for confinement in a correction facility separate, to the extent practicable, from

13          persons awaiting or serving sentences or being held in custody pending appeal;

14      2. Defendant shall be afforded reasonable opportunity for private consultation with

15          counsel;

16      3. On order of the United States or on request of an attorney for the Government, the

17          person in charge of the corrections facility in which defendant is confined shall deliver

18          the defendant to a United States Marshal for the purpose of an appearance in connection

19          with a court proceeding; and

20      4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21          for the defendant, to the United States Marshal, and to the United State Pretrial Services

22          Officer.

DETENTION ORDER
PAGE -2

01          DATED this 5th day of June, 2014.

02

03

                                        Mary Alice Theiler
04                                      Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3